**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  03-cv-01370-LTB-MJW

REGINALD R. USHER,

       Plaintiff,

v.

FEDEX GROUND PACKAGE SYSTEMS, INC., a Delaware corporation,

       Defendant.
_____

**ORDER OF ADMINISTRATIVE CLOSURE**
_____

Upon review of this matter, the Court notes that on March 28, 2004, this matter was stayed pending decision by an arbitrator of Plaintiff's First and Second Claims for Relief. Accordingly, it is

ORDERED that this action shall be administratively closed subject to being reopened upon motion of any party for good cause shown.

                                      BY THE COURT:

                                         s/Lewis T. Babcock
                                         Lewis T. Babcock, Chief Judge

DATED:   September 11, 2006